CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
SEP 13 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg DIVISION

(NAME(S)),

Jon D. Alexander

Plaintiff(S),

v.

by clerk)

(NAME(S)),

B.B. and J.

Defendant(s).

Civil Action No.: 6:19CV00066
(leave blank/assigned)

**COMPLAINT**

**A/1** Now comes The Plaintiff Alexander Jon D, 316 Massie Street Lexington, Virginia 24450, EST. 1959 as J.D. Handyman.

**A2** In the year 1996 I enter into a Contract, July 17 1996 with Mrs France Howell of Washington, D.C. ( ) herto attached. The 3 Check #38,000.00 Proff: Atch eat Hereto

Jon D. Alexander
540-463-3431 (Perse)

The Teller Mrs Alice Roane gave Thirty-eight Thousand in Cash, but I Jon D. Alexander Handyman had to sign a I.R.S. for the ($24,000.00) Twenty-Four Thousand. The ($38,000.00) Thirty-eight Thousand was in (19) Raps of (2) Two Thousand $2000.00 Each. Plaintf Jon D. Alexander Handyman went to The Bank of Rockbridge, North Lee Hiway Lexington, Va. (P.O. Box 1160),

At the Banker I Talked with the Bank agent, was Mrs. Plogger Nancy of Bank of Rockbridge at this July 25 1996, I was taken to her after V.P. David Grist had fill out a Pass book Saving act.

Jon D. Alexander 540-463-5931 (Per Se)